UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD JAMES FOX,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>T. URIBE, et al.,<br><br>　　　　Defendants. | Case No. 18-07221 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br><br>(Docket No. 9) |

　　　　Plaintiff, a state prisoner, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 against officers and medical personnel at Salinas Valley State Prison ("SVSP"). After an initial screening on April 3, 2019, the Court dismissed the complaint with leave to amend for Plaintiff to attempt to correct several deficiencies. (Docket No. 8.) An amended complaint was due within twenty-eight days from the date the order was filed, i.e., no later than May 1, 2019. (*Id.* at 7.)

　　　　Plaintiff has filed a motion for an extension of time to file an amended complaint, stating that he was out to court and did not receive the Court's order until May 2, 2019. (Docket No. 9.) Having shown good cause, Plaintiff's motion is **GRANTED**. Plaintiff shall file an amended complaint **within twenty-eight (28) days** from the filing date of this order.

This order terminates Docket No. 9.

**IT IS SO ORDERED.**

Dated: May 17, 2019

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Order Granting M. for Ext. of Time to File Am. Compl.
PRO-SE\BLF\CR.18\07221Fox_eot-ac

2