UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD JAMES FOX,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>T. URIBE, et al.,<br><br>　　　　Defendants. | Case No. 18-07221 BLF (PR)<br><br>**ORDER DENYING MOTION AS MOOT**<br><br><br><br>(Docket No. 10) |

Plaintiff, a state prisoner, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 against officers and medical personnel at Salinas Valley State Prison ("SVSP"). After an initial screening on April 3, 2019, the Court dismissed the complaint with leave to amend for Plaintiff to attempt to correct several deficiencies. (Docket No. 8.) On May 10, 2019, Plaintiff filed a motion for an extension of time to file an amended complaint, (Docket No. 9), which the Court granted on May 17, 2019, such that Plaintiff currently has until **June 17, 2019**, to file an amended complaint. (Docket No. 11.) Accordingly, Plaintiff's second motion for an extension of time, which was filed a few days after the first motion, is DENIED as moot. (Docket No. 10.)

This order terminates Docket No. 10.

**IT IS SO ORDERED.**

Dated: May 24, 2019

　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　United States District Judge

Order Denying M. as Moot
PRO-SE\BLF\CR.18\07221Fox_mot.moot