UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD JAMES FOX,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. URIBE, et al.,<br><br>　　　　Defendants. | Case No. 18-07221 BLF (PR)<br><br>**ORDER GRANTING IN PART DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTION**<br><br>(Docket No. 25) |

Plaintiff, a state prisoner, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 against officers and medical personnel at Salinas Valley State Prison ("SVSP"). On November 15, 2019, the Court found the complaint, liberally construed, stated cognizable claims and ordered the matter served on Defendants. (Docket No. 16.) Defendants were directed to file a dipositive motion or notice regarding one. (*Id.*) Defendants have filed a motion requesting an extension of 8 months to file a motion for summary judgement. (Docket No. 25.)

Having shown good cause, Defendants' motion is **GRANTED IN PART**. Defendants shall file a motion for summary judgment **no later than May 13, 2020,** which is an extension of 90 days from the original deadline. Plaintiff's opposition to Defendants'

Order Granting M. for Ext. of Time to File MSJ
PRO-SE\BLF\CR.18\07221Fox_eot-msj

1  motion shall be filed **no later than twenty-eight (28) days** from the date Defendants'
2  motion is filed.  Defendants shall file a reply brief no later than **fourteen (14) days** after
3  Plaintiff's opposition is filed.

This order terminates Docket No. 25.

**IT IS SO ORDERED.**

Dated: February 7, 2020

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge