UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD JAMES FOX,<br><br>   Plaintiff,<br><br>   v.<br><br>T. URIBE, et al.,<br><br>   Defendants. | Case No. 18-07221 BLF (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR SECOND EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTION**<br><br>(Docket No. 27) |

Plaintiff, a state prisoner, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 against officers and medical personnel at Salinas Valley State Prison ("SVSP"). On November 15, 2019, the Court found the complaint, liberally construed, stated cognizable claims and ordered the matter served on Defendants. Dkt. No. 16. Defendants were directed to file a dipositive motion or notice regarding one. *Id*. On February 5, 2020, Defendants requested an extension of time until May 13, 2020, to file a motion for summary judgment. Dkt. No 25. The Court granted the motion on February 7, 2020. Dkt. No. 26. On May 11, 2020, Defendants filed a motion for a second extension of time to file a motion for summary judgment until August 31, 2020. Dkt. No. 27.

Having shown good cause, Defendants' motion is **GRANTED**. Defendants shall file a motion for summary judgment **no later than August 31, 2020**. Plaintiff's opposition to Defendants' motion shall be filed **no later than twenty-eight (28) days** from the date Defendants' motion is filed. Defendants shall file a reply brief no later than **fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket No. 27.

**IT IS SO ORDERED.**

Dated:  __May 13, 2020_____

BETH LABSON FREEMAN
United States District Judge