UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD JAMES FOX,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. URIBE, et al.,<br><br>　　　　Defendants. | Case No. 18-07221 BLF (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR THIRD EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTION**<br><br>(Docket No. 29) |

     Plaintiff, a state prisoner, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 against officers and medical personnel at Salinas Valley State Prison ("SVSP"). On November 15, 2019, the Court found the complaint, liberally construed, stated cognizable claims and ordered the matter served on Defendants. Dkt. No. 16. Defendants were directed to file a dipositive motion or notice regarding one. *Id*. On May 13, 2020, the Court granted Defendants a second extension of time to file a summary judgment motion no later than August 31, 2020. Dkt. No. 28. Defendants have filed a motion requesting a third extension of time until November 30, 2020, based on there being multiple defendants located at different institutions, counsel's workload, COVID-19 related delays and work slow-downs, and counsel's unexpected travel plans. Dkt. No. 29.

     Having shown good cause, Defendants' motion is **GRANTED**. Defendants shall

file a motion for summary judgment **no later than November 30, 2020**. Plaintiff's opposition to Defendants' motion shall be filed **no later than twenty-eight (28) days** from the date Defendants' motion is filed. Defendants shall file a reply brief no later than **fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket No. 29.

**IT IS SO ORDERED.**

Dated:  _**August 11, 2020**_____

BETH LABSON FREEMAN
United States District Judge

Order Granting M. for 3rd. Ext. of Time to File MSJ
PRO-SE\BLF\CR.18\07221Fox_3rd.eot-msj

2