UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD JAMES FOX,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. NGUYEN, et al.,<br><br>　　　　Defendants. | Case No. 18-07221 BLF (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR FOURTH AND FINAL EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTION**<br><br>(Docket No. 31) |

Plaintiff, a state prisoner, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 against officers and medical personnel at Salinas Valley State Prison ("SVSP"). On November 15, 2019, the Court found the complaint, liberally construed, stated some cognizable claims and ordered the matter served on Defendants. Dkt. No. 16. Defendants were directed to file a dispositive motion or notice regarding one. *Id*. On August 11, 2020, the Court granted Defendants a third extension of time to file a summary judgment motion no later than November 30, 2020. Dkt. No. 30. Defendants have filed a motion requesting a fourth and final extension of time until April 30, 2021, based on there being multiple defendants located at different institutions, counsel's workload, COVID-19 related delays, and work slow-downs. Dkt. No. 31.

　　　　Having shown good cause, Defendants' motion is **GRANTED**. Defendants shall

file a motion for summary judgment **no later than April 30, 2021**. Plaintiff's opposition to Defendants' motion shall be filed **no later than twenty-eight (28) days** from the date Defendants' motion is filed. Defendants shall file a reply brief no later than **fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket No. 31.

**IT IS SO ORDERED.**

Dated: \_**December 15, 2020**\_\_\_

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Order Granting M. for 4th Ext.of Time to File MSJ
PRO-SE\BLF\CR.18\07221Fox_4th.eot-msj

2