UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD JAMES FOX,<br>　　　　Plaintiff,<br>　v.<br>DR. NGUYEN, et al.,<br>　　　　Defendants. | Case No. 18-07221 BLF (PR)<br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br>(Docket No. 34) |

　　　　Plaintiff, a state prisoner, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against medical personnel at Salinas Valley State Prison ("SVSP"). On April 19, 2021, Defendants filed a motion for summary judgment. Dkt. No. 33. On May 19, 2021, Plaintiff filed a motion for an extension of time of sixty days to file an opposition based on restrictions on programs at the prison due to the COVID-19 pandemic, and limited resources. Dkt. No. 34. Good cause appearing, Plaintiff's motion is **GRANTED,** such that his opposition is due **no later than July 20, 2021**.

　　　　Defendants' reply shall be filed no later than fourteen (14) days after Plaintiff's opposition is filed.

　　　　This order terminates Docket No. 34.

**IT IS SO ORDERED**

Dated:  __May 25, 2021_____

_____
BETH LABSON FREEMAN
United States District Judge