UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD JAMES FOX,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. NGUYEN, et al.,<br><br>　　　　Defendants. | Case No. 18-07221 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR SECOND EXTENSION OF TIME TO FILE OPPOSITION**<br><br><br>(Docket No. 36) |

Plaintiff, a state prisoner, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against medical personnel at Salinas Valley State Prison ("SVSP"). On April 19, 2021, Defendants filed a motion for summary judgment. Dkt. No. 33. Based on a timely filed motion with good cause shown, Plaintiff was granted a first extension of time to file opposition by July 20, 2021. Dkt. No. 35. Plaintiff moves for a second extension of time of at least another sixty days to file opposition based on limited access to the prison's law library due to the COVID-19 pandemic and the need for more time to obtain medical documents. Dkt. No. 36. Good cause appearing, Plaintiff's motion is **GRANTED,** such that his opposition is due **no later than September 18, 2021**.

Defendants' reply shall be filed no later than fourteen (14) days after Plaintiff's

opposition is filed.

This order terminates Docket No. 36.

**IT IS SO ORDERED**

Dated: __July 15, 2021_____

BETH LABSON FREEMAN
United States District Judge