UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD JAMES FOX,<br><br>  Plaintiff,<br><br>  v.<br><br>T. URIBE, et al.,<br><br>  Defendants. | Case No. 18-07221 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed all claims against Defendants and granted their motion for summary judgment.  Judgment is entered in favor of Defendants.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  _October 27, 2021_____

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.18\07221Fox_judgment