# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| LEONARD JAMES FOX, | Case No. 18-cv-07221 BLF (PR) |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| T. URIBE, et al., | |
| Defendants. | |

The Court has dismissed all claims against Defendants and granted their motion for summary judgment. Judgment is entered in favor of Defendants.

The Clerk shall close the file.

**IT IS SO ORDERED.**

**Dated:  __October 17, 2022_____**

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.18\07221Fox_judgment2